IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES JOHNSON,

    Plaintiff,

v.                                        CASE NO. 4:10-cv-00537-MP-WCS

JON S WHEELER and
THOMAS D HALL,

    Defendants.

_____/

## O R D E R

    This matter is before the Court on doc. 29 Notice of Inquiry by Charles Johnson. On December 9, 2011, the plaintiff filed a objection to the Court's denial of his previous motion for rehearing. *See* doc. 25. The plaintiff now requests that the Court inform him as to the status of that objection. The plaintiff's objection is noted but requires no further action by the Court.

    **DONE AND ORDERED** this 23rd day of January, 2012.

                                             *s/ Gary R. Jones*
                                           GARY R. JONES
                                           United States Magistrate Judge